UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ROBERT A. C. MURPHY,        ) | |
|     Plaintiff,        ) | |
|                             ) | |
|     v.        ) | CAUSE NO.: 3:21-CV-954-DRL-JEM |
|                             ) | |
| RON NEAL, *et al.*,        ) | |
|     Defendants.        ) | |

**ORDER**

This matter is before the Court *sua sponte*. Robert A. C. Murphy, a prisoner without a lawyer, filed a document in response to defendants' amended reply in the summary judgment briefing [DE 61].

Mr. Murphy's filing consists of the same response brief that he filed earlier [DE 55] and therefore is unnecessary. Moreover, the local rules do not authorize the filing of additional briefs beyond an opening brief, a response brief, and a reply brief without leave of court. N.D. Ind. L.R. 56-1(d). A copy of Local Rule 56-1 was provided with the summary judgment motion. [DE 21] at 4-6. Mr. Murphy did not seek, and was not granted, leave to file an additional brief. District courts "may strictly enforce local summary-judgment rules" even against parties who are unrepresented by counsel. *McCurry v. Kenco Logistics Servs., LLC*, 942 F.3d 783, 787 (7th Cir. 2019). *See also Robinson v. Waterman*, 1 F.4th 480, 482 (7th Cir. 2021) and *Phoneprasith v. Greff*, No. 21-3069, 2022 WL 1819043 (7th Cir. June 3, 2022).

Accordingly, the Court **STRIKES** Mr. Murphy's brief [DE 61].

SO ORDERED this 31st day of March, 2023.

                                                      s/ John E. Martin
                                                      MAGISTRATE JUDGE JOHN E. MARTIN
                                                      UNITED STATES DISTRICT COURT

cc:    All counsel of record
       Plaintiff, *pro se*